**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 05 ) 11229 NMG |
| vs. | ) No. _____ |
| | ) |
| EUGENE B. CASEY FOUNDATION and | ) |
| THOMAS F. REILLY, as he is the Attorney General | ) |
| of The Commonwealth of Massachusetts, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION PRO HAC VICE**

In accordance with Local Rule 83.5.3(b), Defendant Eugene B. Casey Foundation ("the Foundation"), through counsel, hereby moves that Lynda Schuler and Ellen E. Oberwetter be granted leave to appear and practice in this Court *pro hac vice* as counsel for the Foundation in the above-captioned matter. As grounds for this motion, moving counsel states the following:

1.    Moving counsel is a member in good standing of the bar of this Court and serves as Local Counsel of Record for the Foundation in this matter.

2.    As set forth in her Local Rule 83.5.3(b) certificate (attached hereto as Exhibit A), Ms. Schuler: (a) is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (b) has no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (c) is familiar with the Local Rules of this Court.

3.    As set forth in her Local Rule 83.5.3(b) certificate (attached hereto as Exhibit B), Ms. Oberwetter: (a) is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (b) has no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (c) is familiar with the Local Rules of this Court.

WHEREFORE, moving counsel requests that Lynda Schuler and Ellen E. Oberwetter be

granted leave to appear and practice on behalf of the Foundation in this matter.

Respectfully submitted,

Barbara S. Hamelburg (BBO # 218670)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

*Attorney for the Eugene B. Casey Foundation*

Dated: June 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of
the above document was served upon
attorney of record for each party by mail/
to: 6/10/05

- 2 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. _____ |
| | ) | |
| EUGENE B. CASEY FOUNDATION and | ) | |
| THOMAS F. REILLY, as he is the Attorney | ) | |
| General of The Commonwealth of Massachusetts, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF ELLEN E. OBERWETTER**

I, Ellen E. Oberwetter, hereby certify as follows:

1.     I am an attorney practicing with the law firm of Williams & Connolly LLP, 725

Twelfth Street, N.W., Washington, D.C. 20005.  I submit this certification so that I may appear

and practice in this Court *pro hac vice* as counsel for Defendant Eugene B. Casey Foundation in

the above-captioned matter.

2.     I am admitted to the bars of the following courts/states:

| Jurisdiction | Year of Admission |
|---|---|
| Texas | 2000 |
| District of Columbia | 2003 |

3.     I am a member in good standing in every jurisdiction where I have been admitted

to practice.

4.     There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction.

B3046332.1

5.    I am familiar with the Rules of the United States District Court for the District of

Massachusetts.

_Ellen Oberwetter_
Ellen E. Oberwetter

June _9_, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. _____ |
| | ) | |
| EUGENE B. CASEY FOUNDATION and | ) | |
| THOMAS F. REILLY, as he is the Attorney | ) | |
| General of The Commonwealth of Massachusetts, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF LYNDA SCHULER

I, Lynda Schuler, hereby certify as follows:

1.      I am an attorney practicing with the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.  I submit this certification so that I may appear and practice in this Court *pro hac vice* as counsel for Defendant Eugene B. Casey Foundation in the above-captioned matter.

2.      I am admitted to the bars of the following courts/states:

| Jurisdiction | Year of Admission |
|---|---|
| Maryland | 1989 |
| District of Columbia | 1990 |

3.      I am a member in good standing in every jurisdiction where I have been admitted to practice.

4.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

B3046332.1

- 2 -

5.    I am familiar with the Rules of the United States District Court for the District of

Massachusetts.

Lynda Schuler

June 9, 2005