IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EUGENE B. CASEY FOUNDATION and )<br>THOMAS F. REILLY, as he is the Attorney General )<br>of The Commonwealth of Massachusetts, )<br>)<br>Defendants. ) | Case No. 1:05-cv-11229 |

**DEFENDANT EUGENE B. CASEY FOUNDATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendant Eugene B. Casey Foundation states that it is a 501(c)(3) private foundation that does not have any parent corporation or stock.

Respectfully submitted,

By: /s/ Barbara S. Hamelburg

Barbara S. Hamelburg, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1000

Lynda Schuler, Esq.
Ellen E. Oberwetter, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for the Eugene B. Casey Foundation*

Dated: June 22, 2005

B3053295.1