UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY,<br><br>Plaintiff,<br><br>v.<br><br>EUGENE B. CASEY FOUNDATION and THOMAS F. REILLY, as he is the Attorney General of The Commonwealth of Massachusetts,<br><br>Defendants. | Case No. 1:05-cv-11229-NMG |

## PLAINTIFF MASSACHUSETTS EYE & EAR INFIRMARY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff Massachusetts Eye & Ear Infirmary states that it is a Massachusetts non-profit charitable institution established pursuant to Chapter 91 of the Acts of 1826 that does not have a parent corporation or stock within the meaning of the Local Rule.

MASSACHUSETTS EYE & EAR INFIRMARY
By its attorneys,

*/s/ John C. Kane, Jr.*

John C. Kane, Jr. (BBO #257480)
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000
John.Kane@ropesgray.com

Dated: July 6, 2005

9763903_1

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 7/6/05    */s/ John C. Kane, Jr.*