IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Case No. 1:05-cv-11229 -NMG <br> EUGENE B. CASEY FOUNDATION and ) <br> THOMAS F. REILLY, as he is the Attorney General ) <br> of The Commonwealth of Massachusetts, ) <br> ) <br> Defendants. ) | |

### EUGENE B. CASEY FOUNDATIONS'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

The Eugene B. Casey Foundation (the "Foundation") hereby moves for leave to file the attached Reply Brief in support of its Motion to Dismiss, filed June 22, 2005. The Reply Brief filed with this Motion provides points and authorities in response to issues raised by MEEI's Opposition to the Motion to Dismiss, to assist in the Court's consideration of the issues.

Dated: July 20, 2005.

Respectfully submitted,

By: /s/ Barbara S. Hamelburg

Barbara S. Hamelburg, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Lynda Schuler, Esq.
Ellen E. Oberwetter, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for the Eugene B. Casey Foundation*

### Certificate of Compliance With Local Rule 7.1

I certify that I have conferred with counsel for Plaintiff on the above-captioned matter and have attempted in good faith to resolve or narrow the issues raised by this Motion.

_____
Barbara S. Hamelburg

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing document was served this date, July 20, 2005, via first-class mail, postage prepaid to the following:

> John C. Kane, Jr.
> Ropes & Gray LLP
> One International Place
> Boston, MA 02110-2624
>
> Jamie Katz
> Office of the Attorney General
> McCormack Building
> One Ashburton Place
> Boston, MA 02108

*/s/ Barbara S. Hamelburg*
Barbara S. Hamelburg

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Case No. 1:05-cv-11229 <br> EUGENE B. CASEY FOUNDATION and ) <br> THOMAS F. REILLY, as he is the Attorney General ) <br> of The Commonwealth of Massachusetts, ) <br> ) <br> Defendants. ) | |

## ORDER GRANTING LEAVE TO FILE REPLY BRIEF

The Court hereby GRANTS the Eugene B. Casey Foundation's Motion for Leave to File a Reply Brief in Support of its Motion to Dismiss.

**SO ORDERED.**

_____
Hon. Nathaniel M. Gorton

Dated: _____ \_\_\_, 2005.

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing document was served this date, July 20, 2005, via first-class mail, postage prepaid to the following:

> John C. Kane, Jr.
> Ropes & Gray LLP
> One International Place
> Boston, MA 02110-2624
>
> Jamie Katz
> Office of the Attorney General
> McCormack Building
> One Ashburton Place
> Boston, MA 02108

*/s/ Barbara S. Hamelburg*
Barbara S. Hamelburg