UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY,<br><br>           Plaintiff,<br><br>v.<br><br>EUGENE B. CASEY FOUNDATION and THOMAS F. REILLY, as he is the Attorney General of The Commonwealth of Massachusetts,<br><br>           Defendants. | Case No. 1:05-cv-11229-NMG |

## JOINT SCHEDULING CONFERENCE MEMORANDUM

Pursuant to Local Rule 16.1(d)(1), Fed. R. Civ. P. 16(b), and the Notice of Scheduling Conference, the parties herein by their respective counsel submit this Joint Scheduling Conference Memorandum:

1.  **Proposed Scheduling Order.**

    The parties propose that the following timelines be set with reference to the date of the Court's Order on the Eugene B. Casey Foundation's Motion to Dismiss:

| Event | Date |
|---|---|
| Rule 26 disclosures | 14 days from Order |
| Completion of Paper Discovery | 104 days from Order (subject to enlargement to resolve any discovery disputes) |

9769595_2

-2-

| Event | Date |
|---|---|
| Completion of Fact Discovery | 9 Months from Order |
| Service of Requests for Admissions | 30 days from completion of fact discovery |
| Plaintiff's Disclosure of Expert Reports | 30 days from completion of fact discovery |
| Responses to Requests for Admissions | 60 days from completion of fact discovery |
| Defendant's Disclosure of Expert Reports | 60 days from completion of fact discovery |
| Depositions of Expert Witnesses Completed | 60 days from Defendant's Disclosure of Expert Reports |
| Summary Judgment Motions Filed | 60 days from completion of expert depositions |
| Status conference/final pretrial | To be scheduled by court |
| Trial Date | To be assigned |

2. **Other Agenda Items.**

None.

3. **Trial by Magistrate Judge.**

At this time the parties do not agree to trial by a Magistrate Judge.

4. **Certification by Counsel and Parties.**

Pursuant to Local Rule 16.1(d)(3), by the signature of counsel for the parties below and signature of an authorized representative of each party on the attached Certificates, each party and that party's counsel confirm that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

5. **Consideration of Phased Discovery.**

The parties have considered the desirability of conducting phased discovery and have concluded that it is not appropriate in this case.

| | |
|---|---|
| EUGENE B. CASEY FOUNDATION<br>By its attorneys,<br><br>*Lynda Schuler (by jck /s/)*<br>Barbara S. Hamelburg (BBO #218670)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>(617) 832-1000<br><br>Lynda Schuler<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005-5901<br>(202) 434-5000 | MASSACHUSETTS EYE & EAR INFIRMARY<br>By its attorneys,<br><br>*John C. Kane*<br>John C. Kane, Jr. (BBO #257480)<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000<br>John.Kane@ropesgray.com<br><br>THOMAS F. REILLY, as he is the Attorney General of the Commonwealth of Massachusetts<br>By his attorneys,<br><br>*Johanna Soris (by jck /s/)*<br>Johanna Soris (BBO #473350)<br>Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200 |

Dated: July 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand.

Date: 7/29/05        *John C. Kane*

9769595_2

## CERTIFICATE

I hereby certify, as an authorized representative of the plaintiff Massachusetts Eye and Ear Infirmary, that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

*[signature]*

Barbara F. Katz
General Counsel

Certificate (Barbara Katz) 7_25_051