IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR 30  A 10: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05-cv-11229 |
| ) | |
| EUGENE B. CASEY FOUNDATION and ) | |
| THOMAS F. REILLY, as he is the Attorney General ) | |
| of The Commonwealth of Massachusetts, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

The Massachusetts Eye and Ear Infirmary and Eugene B. Casey Foundation hereby jointly move for an extension of thirty days of all deadlines set forth in the Scheduling Order, except for the final pretrial conference and trial dates, which shall remain as scheduled. The joint motion is not for the purpose of delay but to grant the parties additional time to engage in meaningful settlement discussions. No memorandum of law or affidavit is submitted in support of this motion since there are no disputed issues of fact or law.

Dated: March 30, 2006

Respectfully submitted,

By: /s/ John C. Kane Jr.

John C. Kane, Jr., Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

*Counsel for Massachusetts Eye & Ear Infirmary*

9972987_1

By: *Ellen C. Oberwetter* (by jck jr)

Ellen E. Oberwetter, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Barbara Hamelburg, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

*Counsel for the Eugene B. Casey Foundation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EUGENE B. CASEY FOUNDATION and )<br>THOMAS F. REILLY, as he is the Attorney General )<br>of The Commonwealth of Massachusetts, )<br>)<br>Defendants. ) | Case No. 1:05-cv-11229-NMG |

### ORDER

The Court hereby GRANTS the Massachusetts Eye & Ear Infirmary and Eugene B. Casey Foundation's Joint Motion for an Extension of Time. All deadlines set forth in the Scheduling Order shall be extended thirty days, except for the final pretrial conference and trial dates, which shall remain as scheduled.

SO ORDERED.

Dated: April ___, 2006.

_____
Hon. Nathaniel M. Gorton

9972988_1

-- 3 --

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Joint Motion for Extension of Time was served this date, March 30, 2006 via first-class mail, postage prepaid, to the following:

>Jamie Katz, Esq.
>Johanna Soris, Esq.
>Office of the Attorney General
>McCormack Building
>One Ashburton Place
>Boston, MA 02108

_____
John C. Kane, Jr.