IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS EYE & EAR INFIRMARY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EUGENE B. CASEY FOUNDATION and ) <br> THOMAS F. REILLY, as he is the Attorney General ) <br> of The Commonwealth of Massachusetts, ) <br> ) <br> Defendants. ) | Case No. 1:05-cv-11229-NMG |

## STIPULATION OF DISMISSAL

Massachusetts Eye and Ear Infirmary, the Eugene B. Casey Foundation, and Thomas F. Reilly, as he is the Attorney General of The Commonwealth of Massachusetts, by and through their attorneys, hereby file this Stipulation of Dismissal of the above-captioned lawsuit. All claims filed in this lawsuit have been resolved and settled and Thomas F. Reilly, as he is the Attorney General of The Commonwealth of Massachusetts, has seen and assented to the Settlement Agreement. The Complaint filed by Massachusetts Eye and Ear Infirmary, and Counterclaims filed by the Eugene B. Casey Foundation, are hereby dismissed with prejudice. The parties will bear their own attorneys' fees and costs.

Respectfully submitted,

By:    /s/ Ellen E. Oberwetter                      By:    /s/ John C. Kane, Jr.
    Barbara Hamelburg, Esq.                      John C. Kane, Jr., Esq.
    FOLEY HOAG LLP                                      ROPES & GRAY LLP
    155 Seaport Boulevard                              One International Place
    Boston, Massachusetts 02210-2600        Boston, Massachusetts 02110-2624
    Ellen E. Oberwetter, Esq.                         *Attorney for the Massachusetts Eye & Ear*
    WILLIAMS & CONNOLLY LLP                  *Infirmary*
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    (202) 434-5000
*Attorneys for the Eugene B. Casey Foundation*

10010899_1

-2-

          By: /s/ Johanna Soris
               Johanna Soris, Esq.
               Assistant Attorney General
               OFFICE OF THE ATTORNEY GENERAL
               One Ashburton Place
               Boston, MA 02108
               (617) 727-2200

*Attorney for Thomas F. Reilly, as he is Attorney General of the Commonwealth of Massachusetts*

April 27, 2006